```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 19-03559-HWV
Shanna M. Ackerley                                              Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1      User: DGeorge             Page 1 of 1        Date Rcvd: Sep 30, 2019
                          Form ID: ntcnfhrg         Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
```
db             +Shanna M. Ackerley,    306 Cherry Street,    Wrightsville, PA 17368-1229
5237619        +Brooke R. Waisbord, Esquire,    KML Law Group, P.C.,    BNY Mellon Independence Center,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
5237621        +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
                 Office of Unemp Comp Tax Services OUCTS,     PO Box 60848,    Harrisburg, PA 17106-0848
5237623         Global Payment Check Services,    P.O. Box 61158,    Chicago, IL 60666
5242870        +PHEAA,   PO BOX 8147,    HARRISBURG PA 17105-8147
5237628        +PHEAA,   P.O. Box 61017,    Harrisburg, PA 17106-1017
5237627        +Pennymac Loan Services, LLC,    3043 Townsgate Road,    Suite 200,
                 Westlake Village, CA 91361-3027
5237629        +Private National Mortgage,    P.O. Box 514387,    Los Angeles, CA 90051-4387
5237630         The Home Depot/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
5251974        +Unifund CCR,   10625 Techwoods Circle,    Cincinnati, OH 45242-2846
5237631        +Wells Fargo Dealer Services,    P.O. Box 10709,    Raleigh, NC 27605-0709
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 30 2019 19:42:48
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5241881         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 30 2019 19:42:46
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,     PO Box 71083,
                 Charlotte, NC 28272-1083
5237620         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 30 2019 19:43:08
                 Capital One Bank USA, N.A.,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
5237622         E-mail/PDF: creditonebknotifications@resurgent.com Sep 30 2019 19:42:48     Credit One Bank,
                 P.O. Box 98872,   Las Vegas, NV 89193-8872
5237624         E-mail/Text: cio.bncmail@irs.gov Sep 30 2019 19:40:44     Internal Revenue Service,
                 PO Box 21126,   Philadelphia, PA   19114
5237625        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 30 2019 19:42:51     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P.O. Box 1269,    Greenville, SC 29602-1269
5242485         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 30 2019 19:42:53     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5237626         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 30 2019 19:41:02
                 Pennsylvania Department of Revenue,    Dept. 280946,    ATTN: Bankruptcy Division,
                 Harrisburg, PA  17128-0946
5238145        +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2019 19:43:07     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Pennymac Loan Services, LLC bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Shanna M. Ackerley tlupdike@mette.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| :--- | :--- | :--- |
| Shanna M. Ackerley, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:19−bk−03559−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 30, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 6, 2019<br><br>Time: 09:30 AM |
| :--- | :--- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DGeorge, Deputy Clerk |
| :--- | :--- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 30, 2019 |

ntcnfhrg (03/18)