# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Shanna M Ackerley | : | Case No.: 19-03559 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Henry W. Van Eck |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, its successor and assigns ("Creditor") in the above referenced case.

Please send all notices issued in this case to the undersigned at the address below.

          Respectfully submitted,

          /s/ Karina Velter
          Karina Velter, Esquire (94781)
          Adam B. Hall (323867)
          Sarah E. Barngrover (323972)
          Manley Deas Kochalski LLC
          P.O. Box 165028
          Columbus, OH  43216-5028
          Telephone: 614-220-5611
          Fax: 614-627-8181
          Attorneys for Creditor
          The case attorney for this file is Karina Velter.
          Contact email is kvelter@manleydeas.com

19-037458_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| Shanna M Ackerley | : Case No.: 19-03559 |
| | : Chapter 13 |
| Debtor(s). | : Judge Henry W. Van Eck |
| | : * * * * * * * * * * * * * * * * * * * * * * * |
| | : |
| | : |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101

Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

Tracy Lynn Updike, Attorney for Shanna M Ackerley, Serratelli Schiffman & Brown, PC, 2080 Linglestown Road, Ste 201, Harrisburg, PA 17110, tupdike@ssbc-law.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on October 21, 2019:

Shanna M Ackerley, 306 Cherry Street, Wrightsville, PA 17368

DATE: October 21, 2019

          /s/ Karina Velter
          Karina Velter, Esquire (94781)
          Adam B. Hall (323867)
          Sarah E. Barngrover (323972)
          Manley Deas Kochalski LLC
          P.O. Box 165028
          Columbus, OH 43216-5028
          Telephone: 614-220-5611
          Fax: 614-627-8181
          Attorneys for Creditor
          The case attorney for this file is Karina Velter.
          Contact email is kvelter@manleydeas.com

19-037458_PS