Certificate Number: 14912-PAM-DE-033695594

Bankruptcy Case Number: 19-03559


14912-PAM-DE-033695594

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>November 13, 2019</u>, at <u>10:17</u> o'clock <u>PM EST</u>, <u>Shanna Ackerley</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>November 13, 2019</u>  By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>