```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                        Case No. 19-03559-HWV
Shanna M. Ackerley                                            Chapter 13
        Debtor
                         **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: AutoDocke         Page 1 of 1         Date Rcvd: Feb 19, 2020
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
5242870        +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Pennymac Loan Services, LLC bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               amps@manleydeas.com
              Tracy Lynn Updike    on behalf of Debtor 1 Shanna M. Ackerley tlupdike@mette.com,
               cgfraker@mette.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-03559-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Shanna M. Ackerley
306 Cherry Street
Wrightsville PA 17368

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/19/2020.

Name and Address of Alleged Transferor(s):

Claim No. 3: PHEAA, PO BOX 8147, HARRISBURG PA  17105

Name and Address of Transferee:

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/21/20

Terrence S. Miller
**CLERK OF THE COURT**