## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

Shanna M. Ackerley                          :          **CHAPTER 13**

                                            :

                                            :          **CASE NO.** 1 - 19 -**bk-** 03559-HWV

                                            :

                                            :

                    **Debtor(s)**            :

## REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | | |
|---|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | | |
| 1. Amount agreed to by debtor | $ | 4,000.00 |
| 2. Less amount paid to attorney prior to filing petition | $ | 190.00 |
| 3. Balance of compensation to be paid through plan distributions | $ | 3,810.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ | 23.69 |
|    Parking ($1.73), mileage ($1.16) & serve amended plan [copies ($7.80) & postage $13.00)] | | |

| | | |
|---|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | | |
| 1. Retainer received | $ | |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $ | |
| 3. Expenses reimbursed prepetition | $ | |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $ | 0.00 |
| 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | $ | |

| | | |
|---|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ | 3,833.69 |

Dated: 3/17/2020

_____
Attorney for Debtor