UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Harrisburg)

IN RE: SHANNA M ACKERLEY          CASE NO: 19-03559
                                  CHAPTER: 13

Debtor (s)

### NOTICE OF CLAIM SATISFACTION

As to Claim 6-2 filed on 05/19/2021, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

06/02/2021                         /s/Deidra Bowers
                                   Bankruptcy Specialist
                                   Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (03/03/21)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2021 Wells Fargo Bank, N.A. All rights reserved.

# CERTIFICATE OF SERVICE

In addition to the parties who will be served via the Court's ECF system, I certify that on 06/02/2021, I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

06/02/2021 /s/Deidra Bowers
Bankruptcy Specialist
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (03/03/21)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2021 Wells Fargo Bank, N.A. All rights reserved.