# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shanna M. Ackerley<br>                         Debtor(s)<br><br>PennyMac Loan Services, LLC<br>                         Movant<br>vs.<br><br>Shanna M. Ackerley<br>                         Debtor(s)<br><br>Jack N. Zaharopoulos,<br>                         Trustee | BK NO. 19-03559 HWV<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE
## NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 9, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Shanna M. Ackerley
306 Cherry Street
Wrightsville, PA 17368

Attorney for Debtor(s)
Tracy Lynn Updike, Esq.
3401 North Front Street
PO Box 5950
Harrisburg, PA 17110

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: September 9, 2021

**/s/Rebecca A. Solarz Esquire**
Rebecca A. Solarz Esquire
Attorney I.D. 315936
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com