IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

In re:     :
Shanna M. Ackerley     :   Case No.: 1-19-03559-HWV
    :
    :   Chapter: 13
Debtor(s)     :

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept: | See attached rider. |
   | Prior to the filing of this statement I have received: | $0.00. |
   | Balance Due: | See attached rider. |

2. The source of the compensation paid to me was:
   ☑ Debtor     ☐ Other(Specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor     ☐ Other(Specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.
   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required; and
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.

   **All other matters disclosed in the written fee agreement.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   **Those disclosed in the written fee agreement.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

5/3/23
/Date

Tracy L. Updike     Bar No. 88680
Mette Evans and Woodside
3401 North Front Street
Harrisburg, PA 17110

Phone: (717) 232-5000 / Fax: (717) 236-1816

Rider to Statement Pursuant to Rule 2016(b)
Shanna M. Ackerley
Chapter 13 Case No. 1-19-03559-HWV

Debtor has agreed to be billed hourly. Debtor has paid $0.00 towards that fee pre-petition to Mette, Evans & Woodside. All services will be billed at Mette, Evans & Woodside's hourly rates then in effect at the time of billing, which are now fixed at $195.00 to $450.00 per hour for attorneys and $145.00 to $200.00 per hour for paralegals. Mette, Evans & Woodside will submit to the Court Applications for Compensation in relation to such fees as required.