UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| SHANNA M. ACKERLEY, | : | CASE NO: 1-19-03559-HWV |
| | : | |
| Debtor | : | |

**ENTRY AND WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Kindly withdraw the appearance of Tracy L. Updike, Esquire on behalf of Mette, Evans and Woodside, as attorney of record for the Debtor in the above-captioned matter.

Date: September 11, 2023     By:   /s/ Tracy L. Updike
                                                Tracy L. Updike, Esquire
                                                Mette, Evans & Woodside
                                                3401 N. Front Street
                                                Harrisburg, PA 17110
                                                Telephone: (717) 232-5000

Kindly enter the appearance of Dawn Cutaia, Esquire on behalf of Fresh Start Law, PLLC, as attorney of record for the Debtor in the above-captioned matter.

Date: September 11, 2023     By:   /s/ Dawn Cutaia
                                                Dawn Cutaia, Esquire
                                                Fresh Start Law, PPLC
                                                1701 West Market Street
                                                York, PA 17404
                                                Telephone: (717) 304-1841