B2830 (Form 2830) (04/22)

# UNITED STATES BANKRUPTCY COURT
## Middle District Of Pennsylvania

In re  Shanna M. Ackerley  Case No. 19-03559
         Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

[X] I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ] I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

[X] I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

[ ] I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

---

\* Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

B2830 (Form 2830) (page 2)

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on <u>Aug 19, 2025</u>    <u>Shanna LoDrago (Maiden name Shanna Ackerley) (Aug 19, 2025 10:35:51 EDT)</u>
              Date                                        Debtor

# Fillable blank cert no support

Final Audit Report 2025-08-19

| | |
|---|---|
| Created: | 2025-08-19 |
| By: | DAWN CUTAIA (kelley.freshstartlaw@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAASBy3SuGx4IFcN6PxxkOqHzOMmxHdhoV2 |

## "Fillable blank cert no support" History

- Document created by DAWN CUTAIA (kelley.freshstartlaw@gmail.com)
  2025-08-19 - 2:29:27 PM GMT

- Document emailed to ackerleyshanna@yahoo.com for signature
  2025-08-19 - 2:29:47 PM GMT

- Email viewed by ackerleyshanna@yahoo.com
  2025-08-19 - 2:33:43 PM GMT

- Signer ackerleyshanna@yahoo.com entered name at signing as Shanna LoDrago (Maiden name Shanna Ackerley)
  2025-08-19 - 2:35:49 PM GMT

- Document e-signed by Shanna LoDrago (Maiden name Shanna Ackerley) (ackerleyshanna@yahoo.com)
  Signature Date: 2025-08-19 - 2:35:51 PM GMT - Time Source: server

- Agreement completed.
  2025-08-19 - 2:35:51 PM GMT

**Adobe Acrobat Sign**