In re:  Case No. 19-03559-HWV

Shanna M. Ackerley  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Aug 19, 2025     Form ID: 3180W     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shanna M. Ackerley, 306 Cherry Street, Wrightsville, PA 17368-1229 |
| 5237619 | + | Brooke R. Waisbord, Esquire, KML Law Group, P.C., BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5237621 | + | Commonwealth of Pennsylvania, Bureau of Labor and Industry, Office of Unemp Comp Tax Services OUCTS, PO Box 60848, Harrisburg, PA 17106-0848 |
| 5237623 | | Global Payment Check Services, P.O. Box 61158, Chicago, IL 60666 |
| 5237629 | + | Private National Mortgage, P.O. Box 514387, Los Angeles, CA 90051-4387 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Aug 19 2025 22:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5241881 | | EDI: CAPITALONE.COM | Aug 19 2025 22:40:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5237620 | | EDI: CAPITALONE.COM | Aug 19 2025 22:40:00 | Capital One Bank USA, N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 5237622 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 19 2025 18:47:05 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 5302927 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 19 2025 18:42:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5302928 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 19 2025 18:42:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408, ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5237624 | | EDI: IRS.COM | Aug 19 2025 22:40:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 5237625 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2025 18:47:14 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 1269, Greenville, SC 29602-1269 |
| 5242485 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2025 18:47:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5237628 | + | Email/Text: bncnotifications@pheaa.org | Aug 19 2025 18:42:00 | PHEAA, P.O. Box 61017, Harrisburg, PA 17106-1017 |
| 5242870 | + | Email/Text: bncnotifications@pheaa.org | Aug 19 2025 18:42:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 5260103 | | EDI: PRA.COM | Aug 19 2025 22:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5237626 | | EDI: PENNDEPTREV | Aug 19 2025 22:40:00 | Pennsylvania Department of Revenue, Dept. |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 280946, ATTN: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 5264530 | + | Email/PDF: ebnotices@pnmac.com | Aug 19 2025 18:47:06 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5237627 | + | Email/PDF: ebnotices@pnmac.com | Aug 19 2025 18:47:25 | Pennymac Loan Services, LLC, 3043 Townsgate Road, Suite 200, Westlake Village, CA 91361-3027 |
| 5238145 | ^ | MEBN | Aug 19 2025 18:38:28 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5237630 | | EDI: CITICORP | Aug 19 2025 22:40:00 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5251974 | | Email/Text: bankruptcy@unifund.com | Aug 19 2025 18:42:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 5256902 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Aug 19 2025 18:47:25 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 5237631 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Aug 19 2025 18:47:17 | Wells Fargo Dealer Services, P.O. Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 21, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Shanna M. Ackerley dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Shanna M. Ackerley<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx−xx−9487<br>EIN  \_\_−_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  \_\_\_\_<br>EIN  \_\_−_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19−bk−03559−HWV | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Shanna M. Ackerley

8/19/25

**By the court:**

*Henry W. Van Eck (signature)*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**