**Fill in this information to identify the case:**

Debtor 1   Shanna M. Ackerley

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number   19-03559 HWV

Form 4100R

# Response to Notice of Final Cure Payment     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:**   PennyMac Loan Services, LLC           **Court claim no.** (if known):   8

**Last 4 digits** of any number you use to identify the debtor's account:   6883
**Property address:**
306 Cherry Street
Wrightsville, PA 17368

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:     10 / 01 / 2025

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.  Total postpetition ongoing payments due:     (a)   $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:     + (b)   $ _____

c.  **Total.** Add lines a and b.     (c)   $ _____

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

Form 4100R                     Response to Notice of Final Cure Payment                     page 1

Case 1:19-bk-03559-HWV    Doc 82    Filed 09/16/25    Entered 09/16/25 12:24:09    Desc
Document ID: a028afa6c4e361965c13589410325eec09c808c54cc499c8db88c056c9f38938
Main Document      Page 1 of 3

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/          Date     09/12/2025
Denise Carlon
12 Sep 2025, 11:25:16, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R                      Response to Notice of Final Cure Payment                              page 2

Document ID: a028afa6c4e3e1965c13589410325eec09c808c54cc499c8db88cd56c9f38938
Case 1:19-bk-03559-HWV    Doc 82    Filed 09/16/25    Entered 09/16/25 12:24:09    Desc
Main Document    Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shanna M. Ackerley<br>　　　　　　　　　　Debtor(s)<br><br>PennyMac Loan Services, LLC<br>　　　　　　　　　　Movant<br>　　vs.<br><br>Shanna M. Ackerley<br>　　　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　　　Trustee | BK NO. 19-03559 HWV<br><br>Chapter 13<br><br>Related to Claim No. 8 |

**CERTIFICATE OF SERVICE**
**RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT**

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 16, 2025, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Shanna M. Ackerley
306 Cherry Street
Wrightsville, PA 17368

Attorney for Debtor(s) (via ECF)
Dawn Marie Cutaia
Fresh Start Law, PLLC
1701 West Market Street
York, PA 17404

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: September 16, 2025

　　　　　　　　　　　　　　　　　　　　　　　**/s/ Denise Carlon**
　　　　　　　　　　　　　　　　　　　　　　　Denise Carlon Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317226
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　201-549-2363
　　　　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com