Fill in this information to identify the Fill in this information to identify the case:

Debtor 1   Shanna M. Ackerley

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   19-03559 HWV

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PennyMac Loan Services, LLC

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 6883

**Date of payment change:**
Must be at least 21 days after date of this notice    08/01/2022

**New total payment:**    $1121.50
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $426.11     New escrow payment:  $ 433.79

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)
   Reason for change: _____

   Current mortgage payment: $_____    New mortgage payment: $_____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

| Debtor(s) | Shanna M. Ackerley | | Case number (*if known*) 19-03559 HWV |
|---|---|---|---|
| | First Name | Middle Name | |
| | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ **Rebecca Solarz**     Date  06/22/2022
Signature
Print: Rebecca Solarz
22 Jun 2022, 10:26:40, EDT

Title   Attorney for Creditor

Company   KML Law Group, P.C.

Address   701   Market Street, Suite 5000
          Number   Street
          Philadelphia,              PA     19106
          City                       State  ZIP Code

Contact phone  (215) 627–1322     Email  bkgroup@kmllawgroup.com

Official Form 410S1          **Notice of Mortgage Payment Change**          page 2

Case 1:19-bk-03559-HWV    Doc    Filed 06/24/22    Entered 06/24/22 13:26:49    Desc
Document ID: d8e1c4c0ea658e4748ab8703bbe954c9ec75325e7917751fe78deef0ce9b1b91
                         Main Document    Page 2 of 2