

P.O. Box 514387
Los Angeles, CA 90051 4387

**Escrow Account Disclosure Statement**

**Statement Date:** June 9, 2022
**Loan Number:** ▮▮▮▮▮▮

**Property Address:**
306 CHERRY ST
WRIGHTSVILLE PA 17368

**Questions?** Visit our website @
www.PennyMac.com
(800) 777 - 4001 (Se Habla Español)
M - F: 5:00 AM - 6:00 PM PT
Sat: 7:00 AM - 11:00 AM PT

SHANNA MARIE LODRAGO
306 CHERRY ST
WRIGHTSVILLE, PA 17368-1229

## Annual Escrow Account Review

At least once each year, PennyMac Loan Services, LLC ("PennyMac") reviews your escrow account to make sure there is enough money to pay your property taxes and/or insurance premiums. This statement informs you of any adjustments to your monthly payment, shows you how much money you currently have in your escrow account and how much you will need in the next 12 months.

## Your New Mortgage Payment

During the next year, your escrow account balance is projected to have a surplus (meaning more funds than necessary to pay your taxes and/or insurance as they come due). See Your Escrow Surplus on page 2 for more details.

| Description | Current Monthly Payment Amount | New Monthly Payment Amount |
| --- | --- | --- |
| Principal and Interest | $687.71 | $687.71 |
| Escrow Payment | $424.81 | $434.66 |
| Overage Credit | $0.00 | ($0.87) |
| Total Payment Amount | $1,112.52 | $1,121.50 |

Please start making the 'New Monthly Payment Amount' on August 01, 2022. Payments due prior to this date should be made at the 'Current Monthly Payment Amount' shown.

## Projected Escrow Account Activity

Over the next year, PennyMac expects to pay $5,215.94 from your escrow account. Your new monthly escrow payment is $434.66.

| Escrow Item Description | Annual Amount | | Monthly Amount |
| --- | --- | --- | --- |
| City Tax: | $1,322.86 | | |
| Hazard Ins: | $883.00 | | |
| Mortgage Insurance: | $478.19 | | |
| School Tax: | $2,531.89 | | |
| Total Payments from Escrow: | $5,215.94 | ÷ 12 = | $434.66 |

## Projected Escrow Account Activity (Continued)

Below is a projection of escrow account activity from August 01, 2022 through July 31, 2023. These amounts may change when the actual payments become due.

| Month | Escrow Deposit(s) | Tax Payment(s) | Insurance Payment(s) | Mortgage Insurance Payment(s) | Projected Balance |
|---|---|---|---|---|---|
| Beginning Escrow Balance | | | | | $2,897.35 |
| Aug 2022 | $434.66 | $2,531.89 | $0.00 | $0.00 | $800.12 [1] |
| Sep 2022 | $434.66 | $0.00 | $0.00 | $0.00 | $1,234.78 |
| Oct 2022 | $434.66 | $0.00 | $0.00 | $0.00 | $1,669.44 |
| Nov 2022 | $434.66 | $0.00 | $0.00 | $0.00 | $2,104.10 |
| Dec 2022 | $434.66 | $0.00 | $0.00 | $0.00 | $2,538.76 |
| Jan 2023 | $434.66 | $0.00 | $0.00 | $0.00 | $2,973.42 |
| Feb 2023 | $434.66 | $0.00 | $0.00 | $0.00 | $3,408.08 |
| Mar 2023 | $434.66 | $1,322.86 | $0.00 | $0.00 | $2,519.88 |
| Apr 2023 | $434.66 | $0.00 | $0.00 | $0.00 | $2,954.54 |
| May 2023 | $434.66 | $0.00 | $0.00 | $0.00 | $3,389.20 |
| Jun 2023 | $434.66 | $0.00 | $883.00 | $0.00 | $2,940.86 |
| Jul 2023 | $434.66 | $0.00 | $0.00 | $478.19 | $2,897.33 |
| Ending Escrow Balance | | | | | $2,897.33 |
| Totals | $5,215.92 | $3,854.75 | $883.00 | $478.19 | |

[1] Lowest projected balance.

## Your Escrow Surplus

Based on the projected activity above, our review shows that you will have a surplus of $10.50. This amount will remain in your escrow account and your monthly payment will be reduced by ($0.87) over the next 12 months. See Your New Mortgage Payment on page 1 for more details.

| | |
|---|---|
| Lowest Projected Balance | $800.12 |
| Minimum Required Balance | $789.62 |
| Escrow Surplus | $10.50 |

PennyMac requires a minimum balance up to one-sixth of the estimated total annual payments from your escrow account, unless state law or your mortgage contract requires less, to help cover any unexpected increase in taxes and/or insurance. The minimum required balance does not include mortgage insurance.

## Escrow Account History

The following is the statement of activity in your escrow account from September 01, 2021 through July 31, 2022.

Last year, we anticipated that payments from your account would be made during this period equaling $2,581.50. Your lowest monthly balance should not have exceeded $772.53, or 1/6 of anticipated payments from the account, unless your mortgage contract or state law specifies a lower amount.

Your actual lowest monthly balance was greater than $772.53. The items with an asterisk on the table below may explain this.

The table below shows the Projected and Actual account history for the previous escrow account period.

| Month | Payments Projected | Payments Actual | Disbursements Projected | Disbursements Description | Disbursements Actual | Disbursements Description | Escrow Balance Projected | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| **Beginning Escrow Balance** | | | | | | | $919.76 | ($8,024.33) |
| Sep 2021 | $426.11 | $852.56* | $0.00 | | $0.00 | | $1,345.87 | ($7,171.77)[2] |
| Oct 2021 | $426.11 | $426.28* | $0.00 | | $0.00 | | $1,771.98 | ($6,745.49) |
| Nov 2021 | $426.11 | $426.28* | $0.00 | | $0.00 | | $2,198.09 | ($6,319.21) |
| Dec 2021 | $426.11 | $424.81* | $0.00 | | $0.00 | | $2,624.20 | ($5,894.40) |
| Jan 2022 | $426.11 | $841.24* | $0.00 | | $0.00 | | $3,050.31 | ($5,053.16) |
| Feb 2022 | $426.11 | $424.81* | $0.00 | | $0.00 | | $3,476.42 | ($4,628.35) |
| Mar 2022 | $426.11 | $424.81* | $1,220.31 | City Tax | $0.00* | | $2,682.22 | ($4,203.54) |
| Apr 2022 | $426.11 | $424.82* | $0.00 | | $1,322.86* | City Tax | $3,108.33 | ($5,101.58) |
| May 2022 | $426.11 | $424.81* | $0.00 | | $0.00 | | $3,534.44 | ($4,676.77) |
| Jun 2022 | $426.11 | $0.00* | $883.00 | Hazard Ins | $0.00* | | $3,077.55 | ($4,676.77) |
| Jul 2022 | $426.11 | $8,935.31 *E | $478.19 | MIP/PMI | $1,361.19 *E | Hazard Ins, MIP/PMI | $3,025.47 | $2,897.35 |
| **Ending Escrow Balance** | | | | | | | $3,025.47 | $2,897.35 |
| **Totals** | $4,687.21 | $13,605.73 | $2,581.50 | | $2,684.05 | | | |

[2] Lowest actual balance.
An asterisk '*' beside an amount indicates a difference from projected activity, either in the amount or the date.
The letter 'E' beside an amount indicates that the payment has not yet occurred, but is estimated to occur as shown.
At the time of analysis, PennyMac assumes that you will make all scheduled mortgage payments by or before the effective date of your new payment (shown in the Projected Escrow Account Activity section above).

## Other Important Information

| | | | |
|---|---|---|---|
| **How to Contact Us** | www.PennyMac.com<br>Available 24/7 on all your devices: PC, Tablet, and Mobile.<br>*El sitio web y las declaraciones están disponibles en español.*<br>**Go Paperless today!** | **PennyMac Customer Service:**<br>(800) 777-4001<br>M-F: 5:00 AM - 6:00 PM PT<br>Sat: 7:00 AM - 11:00 AM PT<br>**Fax:** (866) 577-7205 | PennyMac Loan Services, LLC<br>Attn: Correspondence Unit<br>P.O. Box 514387<br>Los Angeles, CA 90051-4387 |
| **How to Make a Payment** | **Auto-Pay \***: Enroll in Auto Pay, on our website, to set up recurring payments from the bank account of your choice.<br>**Pay Online:** Make a one time payment on our website. | **Pay-by-Phone:** (800) 777-4001<br>*(Fees may apply to use this service)*<br>**Western Union:**<br>Code City: *PennyMac*<br>Pay To: *PennyMac Loan Services*<br>Code State: *CA*<br>ID Number: *Enter Loan Number* | **Check \*\*:** Mail to PennyMac:<br>**Standard Address:** P.O. Box 660929<br>Dallas, TX 75266-0929<br>**Overnight Address:**<br>Attn: Lockbox Operations<br>20500 Belshaw Ave.<br>Carson, CA 90746 |
| **Tax and Insurance Information** | **Property Tax Bills:**<br>If you receive a tax bill, you do not need to take any action. (**Please note:** Supplemental/Additional tax bills are the responsibility of the homeowner; PennyMac will pay them from the escrow account upon request.) | | **General Insurance Questions:** (866) 318-0208<br>**Insurance Information:** Any time there is a change to your insurance policy please provide your insurance carrier the following information:<br>**Mortgagee Clause:**<br>PennyMac Loan Services, LLC<br>Its Successors and/or Assigns<br>P.O. Box 6618<br>Springfield, OH 45501-6618 |
| **Credit Reporting Information** | We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. | | |
| **Important Consumer Information** | This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose. However, if your account is subject to pending bankruptcy proceedings or if you have received a discharge in bankruptcy, this statement is for informational purposes only and is not an attempt to collect a debt against you personally. | | |

**Requests for prior payment adjustments:** To request funds for a prior payment be applied differently, you **must** notify PennyMac within 90 days of the original transaction. After 90 days, we will only change the application of funds if the transaction was applied contrary to your documented instructions.

\* If you are enrolled in a PennyMac Auto Pay program, and received a payment change notification, the new payment amount will be drafted on your scheduled draft date. (The principal curtailment amount will not change.) If you pay via online bill payment, please update the payment amount with your financial institution to ensure timely processing of your payment.

\*\* When you pay with a check, you authorize PennyMac either to use information from your check to make a one time electronic fund transfer (EFT) from your account, or to process the payment as a check transaction. When we use information from your check to make an EFT, funds may be withdrawn from your account on the same day PennyMac receives your payment. Please note that your financial institution will not send back your check. If funds are returned unpaid, a return service charge may be assessed to your loan whether processing your payment as a check or an EFT, as allowed by applicable law.

In accordance with the Fair Debt Collection Practices Act, 15 U.S.C. section 1692 et seq., debt collectors are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to: (i) the use or threat of violence; (ii) the use of obscene or profane language; and (iii) repeated phone calls made with the intent to annoy, abuse, or harass.

**NEW YORK**   If a creditor or debt collector receives a money judgment against you in court, state and federal laws prevent the following types of income from being taken to pay the debt: 1) Supplemental security income (SSI); 2) Social security; 3) Public assistance (welfare); 4) Spousal support, maintenance (alimony) or child support; 5) Unemployment benefits; 6) Disability benefits; 7) Workers' compensation benefits; 8) Public or private pensions; 9) Veterans' benefits; 10) Federal student loans, federal student grants, and federal work study funds; and 11) Ninety percent of your wages or salary earned in the last sixty days. PennyMac Loan Services, LLC is registered with the Superintendent of the New York State Department of Financial Services (Department). You may obtain further information or file a complaint by calling the Department's Consumer Assistance Unit at 1 800 342 3736 or by visiting www.dfs.ny.gov.

**NORTH CAROLINA**   Licensed by the North Carolina Office of the Commissioner of Banks. Complaints regarding the servicing of your mortgage may be submitted to the Office of the Commissioner of Banks, 316 W. Edenton Street, Raleigh, NC 27603, (919) 733 3016. Licensed by the North Carolina Department of Insurance. Permit No. 119504607   6101 Condor Dr., Suite 200, Moorpark, CA 93021. Permit No. 119505929   14800 Trinity Blvd., Fort Worth, TX 76155. Permit No. 119506567   3043 Townsgate Rd., Suite 200, Westlake Village, CA 91361. Permit No. 119506570   2201 West Plano Parkway, Suites 150 and 300, Plano, TX 75075. Permit No. 119507419   10550 West Charleston Blvd., Suite A, Las Vegas, NV 89135.

**OREGON**   Borrowers: The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at (800) 777-4001. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at 888-877-4894 or visit dfr.oregon.gov.

Equal Housing Opportunity © 2008 2022 PennyMac Loan Services, LLC, 3043 Townsgate Rd, Suite 200, Westlake Village, CA 91361, 818 224 7442. NMLS ID # 35953 (www.nmlsconsumeraccess.org). Trade/service marks are the property of PennyMac Loan Services, LLC and/or its subsidiaries or affiliates. Arizona Mortgage Banker License # 0911088. Licensed by the Department of Financial Protection and Innovation under the California Residential Mortgage Lending Act. Colorado: Colorado office: 700 17th St, Suite 200, Denver, CO 80202, (833) 216 6680. Massachusetts Mortgage Lender License # MC35953. Minnesota: This is not an offer to enter into an agreement and an offer may only be made pursuant to Minn. Stat. §47.206 (3) & (4). Licensed by the N.J. Department of Banking and Insurance. Rhode Island Lender License # 20092600LL. For more information, please visit www.PennyMac.com/state licenses. Loans not available in New York. Some products may not be available in all states. Information, rates and pricing are subject to change without prior notice at the sole discretion of PennyMac Loan Services, LLC. All loan programs subject to borrowers meeting appropriate underwriting conditions. This is not a commitment to lend. Other restrictions apply. All rights reserved. (01 2022)